NATHANIEL RATNER ET AL. *v.* EDWARD WILLAMETZ

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Edward Willametz,* pro se, in support of the petition.

*Thomas Weaver,* in opposition.

Decided July 31, 1986

STATE OF CONNECTICUT *v.* ROBERT JENKINS

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 653, is denied.

*Donald D. Dakers,* public defender, in support of the petition.

*Judith Rossi,* deputy assistant state's attorney, in opposition.

Decided July 31, 1986

JEAN WODILLA *v.* FREDERICK PESCE

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Ronald E. Cassidento,* in support of the petition.

Decided July 31, 1986

YALE RUBIN *v.* SHIRLEY A. RUBIN

The plaintiff's petition for certification for appeal from the Appellate Court, 7 Conn. App. 735, is granted.

*Francis M. Bosze,* in support of the petition.

Decided July 31, 1986